UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| WAYNARD WINBUSH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 3:20-CV-489-DCLC-HBG |
| BERT BOYD, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/ Clifton L. Corker
United States District Court

ENTERED AS A JUDGMENT

    s/ LeAnna Wilson
    CLERK OF COURT